IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEYDA Q. DROZ,
   Plaintiff

v.

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
   Defendant

CIVIL ACTION

No. 10-3238

## ORDER

JOHN P. FULLAM, J.

AND NOW, this 18th day of March, 2011, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The Plaintiff's request for reversal is GRANTED.
3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
JOHN P. FULLAM, J.